```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
PATRICK NEAL ANDERSON,              :
                                    :
    Plaintiff,                      :
                                    :
v.                                  : CIVIL ACTION NO. 11-0056-WS-B
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security     :
                                    :
    Defendant.                      :
```

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**, and this action is dismissed with prejudice.

**DONE** this 9th day of November, 2012.

                                          **s/WILLIAM H. STEELE**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**