```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**PATRICK NEAL ANDERSON**,            :
                                      :
    **Plaintiff**,              :
                                      :
v.                                    : CIVIL ACTION NO. 11-0056-WS-B
                                      :
**MICHAEL J. ASTRUE**,                :
Commissioner of Social Security       :
                                      :
    **Defendant**.              :

<u>**JUDGMENT**</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Defendant's motion to dismiss is **GRANTED,** and this action is dismissed with prejudice.

**DONE** this 9th day of November, 2012.

                              **s/WILLIAM H. STEELE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**